IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMARA LOVERN AND DOUGLAS LOVERN, Individually and as the Legal Representative of TAMARA LOVERN, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-02167-N |
| RIDGECREST HEALTHCARE AND REHABILITATION CENTER | § § § | |
| *Defendant.* | § | |

**NOTICE OF SETTLEMENT**

**TO THE COURT:**

In accordance with Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.3, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: August 19, 2016

                                                            Respectfully submitted,

                                                            */s/Tanja K. Martini*
                                                            TANJA K. MARTINI
                                                            Attorney-In-Charge
                                                            SBN 24032581
                                                            **THE MARTINI LAW FIRM, PC**
                                                            2619 Hibernia, First Floor
                                                            Dallas, Texas 75204
                                                            214.753.4757 – T
                                                           888.248.1734 – F
                                                           Email: tanja@themartinilawfirm.com

                                                           *CO-COUNSEL FOR PLAINTIFFS*

AND

          Kay L. Van Wey
          State Bar No. 20461950
          VAN WEY LAW, PLLC
          12720 Hillcrest Road, Ste. 725
          Dallas, TX 75230
          214.329.1350 – T
          800.582.1042 – F
          Email: kay@vanweylaw.com

          CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court Northern District of Texas using the electronic case filing system of the court. I also certify that a copy of this document was served on all counsel of record via CM/ECF on April 19, 2016.

          */s/Tanja K. Martini*
          Tanja K. Martini